**FOX ROTHSCHILD LLP**
**Formed in the Commonwealth of Pennsylvania**
Donia Sawwan, Esq. (DS/9338)
75 Eisenhower Parkway
Roseland, New Jersey 07068
Telephone: (973) 992-4800
Facsimile: (973) 992-9125
*dsawwan@foxrothschild.com*

Attorneys for Defendants
Eugene J. Callaghan, John Gloistein,
and E & J Agency, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| BROWNSTONE AGENCY, INC. and MURPHY & JORDAN, <br><br> Plaintiff, <br><br> vs. <br><br> EUGENE J. CALLAGHAN, JOHN GLOISTEIN, E & J AGENCY, INC. <br><br> Defendants. | Civil Action No. 1:08-cv-542 <br><br><br> **AFFIDAVIT OF EUGENE J. CALLAGHAN** |

STATE OF NEW JERSEY )

) ss:

COUNTY OF ESSEX)

     EUGENE J. CALLAGHAN, being duly sworn, deposes and says:

     1.    I first became employed by Murphy & Jordan, Inc. in or about June 1980 as a

coverage technician. I was never a member of its Board of Directors.

     2.    In or about 2000, Murphy & Jordan, Inc. was dissolved. To the best of my

knowledge, at that time Plaintiff Murphy & Jordan (hereinafter referred to as "M&J") was

formed as a wholly owned subsidiary of Plaintiff Brownstone Agency (hereinafter referred to as "Brownstone"). I was never a member of M&J or on its Board of Directors nor have I attended any of its Board of Directors' meetings.

3.     Once Murphy & Jordan, Inc. was dissolved, I then became employed by M&J's parent company, Brownstone.

4.     It is my understanding that John Cassara owns 49% of the stock of Brownstone.

5.     It is also my understanding that Gene Murphy owns 16 1/3% of the stock of Brownstone and Bradley Brown ownsthe remaining 32 2/3% of the stock of Brownstone.

6.     When I was first hired by Murphy & Jordan, Inc., it was agreed between Murphy & Jordan, Inc. and me that I would be paid a commission on all business brokered/produced by me.

7.     It was also agreed that accounts brokered/produced and/or otherwise serviced by me would be divided into two categories: (1) those that belonged to me (hereinafter referred to as "Proprietary Accounts") and (2) House Accounts belonging to plaintiff (hereinafter referred to as "House Accounts").

8.     When I became employed by Brownstone in approximately 2000, I continued to be compensated in the same manner in which I was when I was employed by Murphy & Jordan, Inc.

9.     Also throughout my employment with Brownstone, we continued under our previous understanding that accounts brokered and/or otherwise serviced by me would continue to be divided into two categories: (1) My Proprietary Accounts and (2) House Accounts and that I would be paid a commission on all business brokered/produced by me.

2

10.    Throughout my employment, I advised Plaintiffs, and specifically, John Cassara and Gene Murphy of my desire to someday start my own business founded primarily upon My Proprietary Accounts.

11.    Plaintiffs expressed no objection to my plan and never requested that I enter into a confidentiality and/or non-competition agreement.

12.    Mr. Murphy also expressed no objection to the plan.

13.    Mr. Cassara also expressed no objection to the plan.

14.    Over the course of my twenty-eight year career, I have developed an expertise in brokering/producing insurance for the trucking industry.

15.    Based on my experience in the trucking industry, I have developed a relationship with certain business and individuals and have been able to secure their business.  These accounts that I developed and brought to Plaintiffs have always been considered by all parties to be my Proprietary Accounts.

16.    One of these customers is Chopper Logistics and/or its related entities (hereinafter collectively referred to as "Chopper").

17.    For many years prior to 2007 throughout my employment with Plaintiffs, I received offers of employment from Chopper.

18.    During my employment with Plaintiffs, I advised Plaintiffs of these many offers of employment by Chopper.

19.    I have never signed any confidentiality or non-competition agreement with Plaintiffs.

20.    Insurance brokerage is not an exclusive business.

3

21.    Clients are free to consult with more than one broker at any one time. Indeed, customers often utilize multiple insurance brokers to either get more competitive quotes and/or obtain a quote from a certain insurance company who does not have a relationship with their current broker.

22.    Information regarding accounts, rates, and customer names and addresses is readily available in the industry and is not considered confidential. Further, no one at Plaintiffs ever advised me that they believed such information was confidential or requested that I maintain the confidentiality of such information.

23.    At all times all parties agreed and understood that I was free, either separately and/or in combination with others, to establish and/or continue a business based upon my Proprietary Accounts.

24.    At all times it was agreed and understood that should a business or businesses be established, I would continue to work during a mutually agreed upon transition period, and that during such transition period, the parties would provide for the transition of House Accounts to other employees and/or agents of Plaintiffs as designated by Plaintiffs.

25.    In October 2007, Plaintiff Brownstone refused to memorialize the commission agreement between the parties in writing.

26.    On October 8, 2007, I complained to Eugene Murphy of Brownstone about ongoing hostile and abusive behavior by Mr. Cassara and asked that Mr. Murphy make it stop.

27.    Despite the complaint, the hostile and abusive behavior did not stop.

28.    On or about October 17, 2007, Mr. Gloistein and I met with Gene Murphy at Harry Hanover's Square Restaurant for lunch.

4

29.     During that lunch, I told Mr. Murphy that I had liked working at Brownstone but that I could no longer tolerate Mr. Cassara's constant abuse.

30.     I also reminded Mr. Murphy that Chopper had repeatedly offered me a position with Chopper, and that as a result of retaliatory/harassing conduct by Mr. Cassara, I was considering accepting Chopper's offer and opening my own business.

31.     Despite my complaints, Plaintiffs failed to conduct any investigation of the complaint of retaliation/harassment.

32.     Around the same time, I was aware that Cassara and Murphy were contemplating selling Plaintiffs.

33.     When I discussed that with Mr. Murphy, Mr. Murphy agreed with me that given the contemplated sale of plaintiff, the commissions agreement between me and Brownstone should be memorialized in writing.

34.     Despite my requests for a written agreement, the commission agreement between the parties was never memorialized in writing.

35.     Around this time, Mr. Gloistein and I decided to form our own insurance brokerage agency and E & J Agency, Inc. was incorporated in the State of New Jersey.

36.     Mr. Gloistein and I then applied to the State licensing board for E & J Agency, Inc. to become a licensed insurance broker in the State of New Jersey.

37.     However, no further steps were taken and none of our Proprietary Accounts was notified of our new business as we could not take any further action while we were employed by Plaintiffs.

38.     On or about December 19, 2007, Mr. Gloistein gave me a draft of his resignation letter for my review.

5

RL1 692962v1 02/05/08

39.     We discussed the matter and agreed that neither of us would resign at the time. We were very concerned about leaving in a professional manner and ensuring a smooth transition of House Accounts.

40.     At the time, I was heavily involved in a large underwriting project and was re-writing all of Everest's (a residential insurance group of Brownstone) coverage. I felt obligated to complete the project as no one else at Plaintiffs was an authorized underwriter for the insurance business and could handle the project.

41.     On the morning of December 28, 2007, I advised Mr. Cassara by telephone that I had established my own brokerage firm and would be leaving Brownstone.

42.     During this December 28, 2007 discussion between Mr. Cassara and me, we agreed (pursuant to the preexisting oral agreement) that I would remain with Brownstone for a mutually agreed upon period of time to help transition accounts.

43.     Mr. Cassara also tried to persuade me to stay and offered me the option of remaining at Brownstone, but working out of New Jersey should I decide not to follow through with the new business.

44.     On January 2, 2008, I spoke with Mr. Cassara on the telephone regarding my departure from Brownstone.

45.     Although I was hoping to leave sooner, we agreed that I would remain employed until on or about February 15, 2008 to provide for the transition of House Accounts.

46.     Mr. Cassara further stated that in the interim, he would provide me with a full list of accounts for the purpose of specifically identifying which accounts were my Proprietary Accounts and which were House Accounts.

6

47.     On the morning of January 8, 2008, Plaintiffs provided me with that full list of clients so that the parties could specifically identify and agree upon which clients were my Proprietary Clients and which were House Accounts. A true and correct copy of that list provided by Plaintiffs is annexed hereto as Exhibit A.

48.     I did not contact any of my Proprietary Accounts about my new business venture until after my resignation. I also did not copy or take copies of any "confidential material" or use any such material when contacting my Proprietary Accounts after my resignation. Indeed, I have worked with these Proprietary Accounts for decades and could remember names and telephone numbers of contacts from memory, so I would not need to copy any materials from Plaintiffs.

49.     In approximately January 2008, I had discussions with Chopper's CEO Joseph Gurtilla and advised him that I was now willing to accept his offer of employment as a Risk Manager.

50.     At that time, he then sent in requests to change the Producer of Record for Chopper's insurance that was underwritten by Crum & Forster.

51.     The normal custom in the insurance industry is that once the insurance company receives such a request, they send a notice to the current producer and give that producer an opportunity to obtain a superseding Producer of Record letter to maintain the client.

52.     Generally, when those notices are sent to the current producer, the request does not identify who is going to become the new Producer of Record, but simply states a change request has been received.

53.     In order to be above-board, I specifically requested that Crum & Forster identify that E & J Agency, Inc. and I were going to be the new Producer of Record.

7

54.     Around that same time, I advised Chopper that certain policies that they requested and that I had produced would remain with Murphy & Jordan since they were effective prior to my resignation from Plaintiffs. (See e-mail dated January 8, 2008 to Laura McAllister annexed as Exhibit 6 to Plaintiffs' Affidavit of Rafael Ramos.)

55.     Despite Mr. Cassara's request that I remain for a transition period, on January 8, 2008, Plaintiffs terminated me and directed me to immediately terminate Mr. Gloistein.

56.     After I was terminated, I asked John Simone (Mr. Cassara's nephew and the manager of Brownstone), about obtaining the commissions owed to me.

57.     Mr. Simone acknowledged that commissions were due and owing and stated that he would get back to me regarding payment.

58.     Neither Mr. Simone nor anyone from Brownstone has responded to my request for payment of commissions.

59.     To date, Brownstone still has not paid me the commissions owed.

60.     My Proprietary Accounts and Mr. Gloistein's Proprietary Accounts represent a very small percentage of the total profits earned by Brownstone. Our Proprietary Accounts result in approximately $1,100,000 in profit each year.

61.     Brownstone traditionally shows a profit in excess of $22,000,000 each year.

62.     By contrast, nearly 100% of E & J Agency's profits/anticipated profits will be generate from our Proprietary Accounts.

63.     It appears that despite the parties' long-term understanding and Mr. Cassara's own admissions that Mr. Gloistein's and my Proprietary Accounts would always remain mine, Plaintiffs are improperly claiming that these Proprietary Accounts are their property. This

8

RL1 692962v1 02/05/08

simply appears to me to be an attempt to stop E & J Agency, Inc. from functioning entirely,

regardless of the fact that Plaintiffs are acting contrary to the parties' agreements.


Eugene J. Callaghan

Dated: February 5, 2008

Sworn to and subscribed

Before me this $\underline{5}$ day of

February 2008.

Notary Public  C. Gonzales
Attorney at Law
State of New Jersey

RL1 692962v1 02/05/08

**EXHIBIT A**

| | |
|---|---|
| 300865 | A PFUND INC |
| 300890 | APPLE 14TH ST PARKING CORP |
| 300896 | AMICOM GROUP LLC |
| 300966 | ALE MAC INSURANCE SERVICES INC |
| 300985 | BELINDA ARROYO |
| 302248 | AMETAL REALTY CORP C/O MACAU PROPERTY |
| 304070 | CLAIMS AMERICA, INC. C/O STATE STREET BROKERAGE IN |
| 304176 | CC CONTROLLED CONBUSTION CO. |
| 305015 | GRAND DEVELOPMENT GROUP, LLC |
| 305308 | CLAIMS AMERICA, INC. C/O STATE STREET BROKERAGE INC |
| 305322 | BEETLE JUICE LLC |
| 305508 | 415-417 SACKETT LLC |
| 305605 | JAMES-HIROKO BEITCHMAN |
| 305782 | ERIC BENDJOUYA |
| 305845 | MARTIN H. & MARIAN BANKER MICHELLE STEINKRITZ |
| 306148 | BIVONA & COHEN P C |
| 306180 | JAMES P ZORLAS |
| 306681 | STEELE'S CUSTOM CYCLE |
| 306841 | HERBERT BLUM ETAL 265 CABRINI CO. |
| 306860 | BLUE CONSTRUCTION CORP |
| 306861 | BLOOD,SWEAT & BEERS INC T/A BOXERS |
| 306901 | PALAZZATTI IMPORTS INC |
| 306938 | MIDWOOD CHAYIM ARUCHIM DIALYSIS ASSOCIATES, INC. |
| 307725 | HEATHER BRANDT |
| 307757 | BRANDT INDUSTRIES |
| 307759 | WAYNE BRENNAN |
| 307765 | BRENDA M. JANDURA SCHOOL OF DANCING INC |
| 307792 | THE BRIDGE INC |
| 308355 | BROWNSTONE AGENCY INC |
| 308455 | JAY BRUNDGE |
| 308566 | BRUNO THE KING OF RAVIOLI INC JAMES ZAC CORP ETAL |
| 308569 | BOULEVARD EAST C/O ADVANCED MANAGEMENT SRVCS. |
| 308588 | JUDD BURSTEIN, P.C |
| 308605 | JAMES BURNS |
| 308760 | CSS GROUP, INC C/O APPLICANT INSIGHT |
| 308763 | CYMA RUBIN &/OR BUSINESS ENTERTAINMENT, INC. |
| 308860 | EUGENE J CALLAGHAN |
| 308900 | EUGENE J CALLAGHAN |
| 308990 | JOHN-MARYANN CALLAGHAN |
| 309379 | CARABBA LOCKE LLP |
| 309894 | 653 NINTH AVENUE LLC C/O MACAU PROPERTY MANAGEMENT |
| 309895 | JOHN M CEFALY |
| 309900 | PRUDENCIO CEPEDA |
| 309951 | LOCAL ONE CHECKERS, CLERKS & TIMEKEEPERS |
| 309957 | ANNE MARIE CHARLES |
| 309960 | PAUL CHEBLOWSKI |
| 309961 | FORDHAM ENVIRONMENTAL SERVICES TOTAL BOILER CARE |

| | |
|---|---|
| 309962 | FRESH HARVEST PRODUCTIONS INC. |
| 309964 | CC CONTROLLED COMBUSTION CC IN FORDHAM ENVIRO SERV INC |
| 309965 | PAULINE CHIN |
| 309966 | C.C. CONTROLLED COMBUSTION CO. |
| 309977 | PUMPERNICKEL EXPRESS, INC. |
| 309981 | CHOPPER EXPRESS INC |
| 309982 | CHOOPER EXPRESS INC |
| 309983 | CHOPPER EXP INC OF FL PETER FARKAS |
| 309984 | MICHAEL R CHANTAL |
| 309990 | JAMES A. & BERTA CHRISTOPHER |
| 311796 | COBBLER & SHINE, LLC C/O YURI |
| 311848 | DENNIS COLON |
| 312725 | CONTINENTAL TOWERS CONDO |
| 312740 | CONTROLLED PLUMBING CO., INC ATTN: AMELIA BASSOLINO |
| 312995 | COURT LIVING CORP,& OR COURT ASSOC CORP,& OR 56 COURT INC |
| 313110 | CPC HEALTH CORPORATION EASTERN INS AGENCY INC. |
| 313166 | JANLEN ENTERPRISES LLC |
| 314428 | CTX-LAMBIE, INC. CTX LOGISTICS, INC. |
| 314506 | CREST HOLLOW COUNTRY AT WOODBURY, INC. |
| 314508 | CROWN PLAZA CONSTRUCTION CORP |
| 314528 | CTX-TL CORPORATION |
| 314538 | DAIRY WOKERS ASSOCIATION INC |
| 314800 | MARIA CHU C/O MIDTOWN MAINTENANCE CONTR.LLC |
| 315201 | DENAS SCHOOL OF THE ARTS |
| 315320 | 50 W 112 ST HDFC C/O CHRISTIANA DAVIS |
| 315820 | DFX INC |
| 315837 | DEVCON SECURITY SERVICES CORP. |
| 316432 | LAW OFFICES OF NICHOLAS R CORIA PC |
| 316600 | DOMINICAN WOMENS DEVELOPMENT CENTER INC |
| 316900 | DON MARTIN CORPORATION |
| 317000 | DENNIS TRUCKING INC. |
| 317650 | BUF PROPERTIES, INC. C/O EAST COAST CAPITAL CO. LLC |
| 317980 | DEDICATED TRANSPORTATION SOLUTIONS, INC. |
| 318120 | LINDA J DURANGO |
| 318158 | DYNAMIC LOGIC INC |
| 318200 | EAST COAST CAPITAL CO |
| 318353 | EDELWIESS INC VINTAGE VALET |
| 318360 | HARRY CONSTRUCTION, LLC C/O EAST COAST CAPITAL CO. LLC |
| 318382 | EDUCATIONAL DESIGN INC |
| 318387 | THE EIRE COMPANIES |
| 318395 | 1160 COLGATE AVE HDFC GRACE SAMPSON |
| 319400 | 2146 CPRTELYOU ROAD H.D.F.C C/O GLENDA EDWARDS |
| 319500 | BUFFALO HOLDINGS, LLC |
| 319656 | 803-805 E 182ND STREET,H.D.F.C C/O ROSA HERNANDEZ |
| 319760 | 874 MANIDA STREET HDFC JOSE ORTIZ |
| 319762 | 875 LONGFELLOW AVE HDFC MARK HILL |
| 319795 | 1854 MONROE AVE H D FF C MONICA ACEVEDO |

| | |
|---|---|
| 319950 | ANDARINA SONGS, LTD |
| 320000 | ELCO SOLVENTS CORP |
| 320300 | RAMON ESCOBAR |
| 321000 | JESSICA M. DOUCETTE C/O EAST COAST CAPITAL CO. LLC |
| 321080 | VINCENT JONES C/O EAST COAST CAPITAL CO. LLC |
| 321600 | 408 EAST 79TH STREET LLC % STANLEY SHOPKORN |
| 321683 | EST OF ANGELO MASI C MASI AS EXECUTRIX |
| 321700 | SANDRA GIFF |
| 321735 | EUROTECH LTD |
| 321750 | EXCEL INTERIORS LTD,J JOHNSON 41 BROKERAGE ASSOC INC |
| 323300 | HAROLD E. COOKE |
| 323615 | 504 WEST 139TH STREET, H.D.F.C MARIA FERNANDEZ |
| 323866 | MISSION CONTROL PRODUCTIVITY LLC |
| 323869 | MARIO & KATHY INC. DBA RISTORANTE 110 |
| 323870 | 424 EAST 115TH STREET, HDFC C/O MR  ABDU-SHAHID |
| 323877 | 425 E 153 ST H.D.F.C MARIA SANTOS |
| 323888 | MILDRED SOTO |
| 323890 | MADALENA CAMERA % MAISON INTERNATIONAL INC |
| 324025 | FRAMON CREATIVE DESIGN CONSTRUCTION, INC. |
| 324150 | 400 W 148 ST, H.D.F.C. C/O FAITH WILLIAMS |
| 324152 | 486 AMSTERDAM AVE HDFC OMAR VARGAS |
| 324185 | 505 PRESIDENT STREET H D F C % IVAN RODRIGUEZ |
| 324186 | 511 PARK PL HDFC EDWARD CORDOVA |
| 324194 | 585 NOSTRAND AVE HDFC WILFRED HEYLIGER |
| 324205 | FRAMON CREATIVE DESIGN CONSTRUCTION, INC. |
| 324206 | THE CONTECH GROUP C/O TRITON GROUP, INC. |
| 324410 | 505 W 143 ST  H D F C OZENITH TATE |
| 324418 | 509 W 140TH STREET, H.D.F.C. C/O IMANI MANAGEMENT INC. |
| 324420 | 517 W 184 ST HDFC ANA GUILLEN |
| 324425 | 566-568 HOUSING DEVELOP |
| 324440 | 551 E 12 ST HDFC JOYCE CHAPMAN |
| 324470 | DR. CONSTANTINE CHRISTOLIAS & GEORGE LOLIS |
| 324505 | LOUISE S FINCHER |
| 324540 | 4-6 WEST 105TH STREET, H.D.F.C MS AL PAGE TERRELL |
| 324546 | 557-563 W 150 ST HDFC SHEILA HANLEY |
| 324556 | 464 WEST 152ND STREET HDFC C/O EUNICE PARSONS |
| 324563 | CTX-LAMBIE, INC., CTX-TL CORP. CTX LOGISTICS, INC. |
| 324584 | F.T.C.REALTY CO., INC. C/O MACAU PROPERTY MANAGEMENT |
| 324587 | JESUS FUENTES |
| 325525 | THE FULTON GROUP INC J2 BROKERAGE ASSOCS INC |
| 325545 | ARTCASTER INC. |
| 325562 | GARSCH GARAGE CORP |
| 325563 | DANIEL VASQUEZ |
| 325623 | STEPHANIE A GERARDI |
| 325632 | ESTATE OF STEPHANIE A GERARDI |
| 325650 | HUCKLEBERRY INDIANS, INC. C/O DUERR & DUERR LLP |
| 326360 | 318 WEST 106TH STREET LLC C/O MACAU MANAGEMENT |

| | |
|---|---|
| 326559 | JOHN GLOISTEIN |
| 326662 | GARSCH GARAGE CORP |
| 326740 | CAROL GOODKIND |
| 326744 | PATRICK & IOANN GOODWIN |
| 326883 | MARIA GONZALEZ |
| 328100 | WILLIAM & HARRY GREENBAUM |
| 328201 | GREENFIELD-SEWICKI TARELLA PROFIT SHARING PLAN |
| 328650 | HOWARD D GREDITOR |
| 328878 | DEVCON INTERNATIONAL CORP |
| 329380 | GRANDVIEW CONDO ASSOC |
| 329493 | JOSEPH P GUTTILLA CHOPPER EXPRESS INC |
| 330403 | HABITATIONAL EXCESS & SURPLUS LINES INC |
| 330410 | UNICORN-CTX LLC |
| 330600 | OSCAR FAMBRO |
| 331155 | JAMES HARRELL |
| 331225 | HARRINGTON PARK SWIM CLB |
| 331398 | STANLEY HAWKINS |
| 331450 | HAY & STRAW, INC. C/O GAETANO MASCI |
| 332765 | HERON CONSTRUCTION CO EUGENE P MURPHY |
| 334433 | MENA AMERICA BRENT SAMUELS |
| 334580 | LRF MANAGEMENT CORPORATION C/O ACCORDIA NORTHEAST |
| 335043 | IGC MANAGEMENT INC. STATE ST BRKGE INC |
| 335054 | INDUSTRIAL METAL PRODS |
| 335175 | HIRCKOS KITCHEN, LLC |
| 335200 | INTL LONGSHOREMANS ASSOCIATION |
| 336041 | BERTINA INCE |
| 336310 | CARLISE HOLDINGS LTD  C/O ONE SOURCE HOLDINGS, INC. |
| 337301 | JGB CONSULT, LLC |
| 337380 | JWB LOGISTICS CORP. |
| 337466 | ALBIN V. JAVARONE C/O JOAN NATALE REAL ESTATE |
| 337623 | INK SURE TECHNOLIGIES |
| 337625 | JMW CONSULTANTS INC |
| 337687 | JOIJO INC JOSEPH GUTTILLA |
| 337830 | JWB LOGISTICS, INC. |
| 338630 | HAMILTON & SAINTE GEORGE CONDO ASSOCIATION |
| 338680 | JOSEPH A ADDABBO FAMILY HEALTH CENTER INC |
| 338681 | J & L PROPERTIIES C/O KENDY |
| 338752 | JUST ONE BREAK INC |
| 339752 | THE HERITAGE CONDOMINIUM ASSOCIATION |
| 341830 | JOSEPH D KAPLAN-SON PROFIT SHARING PLAB |
| 342152 | 434 W 49 ST HDFC MARY ALONZO |
| 343000 | KVC LOGISTICS, INC. |
| 344580 | L R F MANAGEMENT CORP C/O ACCORDIA NORTHEAST |
| 344905 | RAFAEL LARA C/O CITY VIEW DEVELOPMENT |
| 344906 | STANLEY SHOPKORN |
| 345265 | INVENTA GROUP INC. |
| 345360 | LEMMA REALTY NYDEC BROKERAGE |

| | |
|---|---|
| 345380 | 204 LIVINGSTON DEVELOPMENT C/O SECOND DEVELOPMENT GROUP |
| 346300 | TSCHONG S. KIM |
| 346825 | VISH CORP |
| 346865 | MICHAEL & KERI JUST |
| 347195 | FRANK LIENECK |
| 347770 | LIFE TRUCKING INC |
| 347875 | JOSE LOPEZ |
| 348425 | LOWER E SIDE COALITION,COMPANY DEVELOPMENT INC,DKG INSURANCE |
| 348452 | L R M LP |
| 349361 | M A R TRNSPORT |
| 350500 | M&G PROPERTIES OF CNY, LTD C/O EAST COAST CAPITAL CO. LLC |
| 350845 | MS JANICE MCKINNEY |
| 350990 | JOEL & MICHELLE KIRSCHBAUM |
| 351159 | GEM STATE ADVISORS LLC % ADAM LERNER |
| 351160 | JEROME DANIEL |
| 351161 | BURCU OZDEMIR & NAZIL OZDEMIR |
| 351162 | SAIT OZDEMIR |
| 352110 | STEPHANIE HILL & BENJAMIN WICHFORT |
| 352250 | MADISON INVESTMENT PARTNERS, INC. |
| 352970 | MAISON INTERNATIONAL LTD |
| 353190 | MARINE RISK CONSULTANTS, USA, CO., INC |
| 353376 | MANDELLA HOUSING CO LP DGK INSUARNCE SERVICE |
| 353526 | MARY LEAL |
| 353550 | MILTON MANNING |
| 354354 | MATHIS INC,MATHIS PAINTING CO GARDEN STATES BROKERS |
| 354469 | HARVEY L MCCLELLAND |
| 354471 | KENNETH MCGLOCKTON |
| 354500 | MFC LOGISTICS CORP. |
| 355000 | MFC LOGISTICS CORP. |
| 355100 | MEDICAL INFORMATION SVCS |
| 355125 | NOUR FOUNDATION |
| 355157 | PAUL F. MILLER C/O EAST COAST CAPITAL CO. LLC |
| 355171 | KAREN MERKLE SH |
| 355173 | GARY-TRACY MESELSHON |
| 355175 | LUCILLE MCEWEN |
| 356952 | MANUFACTURERS SURPLUS OUTLET INC |
| 356962 | MANUFACTURERS SURPLUS OUTLET INC |
| 357125 | VINCENT STRAMANDINOLIL& ASSOC. |
| 357660 | LIBERTY PLACE LLC C/O JAMES MURRAY |
| 357700 | EDWARD L. MONACO, CPA |
| 358961 | ANTHONY J MORALI,MICHAEL J GADALETA, & JOHN JOHNSON |
| 359500 | BROWNSTONE AGENCY, INC./ MURPHY & JORDAN, LLC |
| 359850 | EUGENE P MURPHY |
| 359900 | BROWNSTONE AGENCY, INC. & MURPHY & JORDAN, LLC, ET AL |
| 360030 | COVE ASSOCIATES LLC. |
| 362960 | 97 EAGLE ST HDFC |
| 363200 | UNITED NEGRO COLLEGE FUND INC |

| | |
|---|---|
| 363201 | NATIONAL URBAN LEAGUE |
| 363202 | NEW ORK COUNCIL NAVY LEAGUE OF THE US ETAL |
| 363287 | NEWPORT BAY CLUB HOMEOWNERS ASSOCIATION |
| 363350 | NEIGHBORHOOD PLAYHOUSE INC |
| 363525 | NETWORK TECHNICAL SERVICES GROUP INC |
| 364250 | NEWBRIDGE SERVICES INC |
| 364430 | NEW WAVE TRUCKING LTD INC |
| 364450 | NY ATHLETIC CLUB OF THE CITY OF NEW YORK |
| 364460 | NEW JERSEY FLOWER GARDEN SHOW INC, TODD JAMESON |
| 364560 | NEW FAITH BAPTIST CHURCH REV EUGENE DUNHAM |
| 364700 | NINTH AVE PROPERTIES LLC |
| 364710 | NIVIE ELECTRONICS,BUCKINGHAM BADLER ETAL, JANE DALLI |
| 364954 | 980 SIMPSON ST HDFC COROOS SOSA |
| 365255 | NORTHSIDE CENTER FOR CHILD DEVELOPMENT |
| 365350 | NORTH RIVER TRUCKING CO., INC. |
| 366061 | OAKRIDGE COLLISION CNT |
| 366082 | ONE SOURCE HOLDINGS INC |
| 366220 | ONESOURCE HOLDINGS, INC. |
| 366268 | 102-104 FRONT STREET,TENANTS ASSOC, % MARY MUNOZ |
| 366285 | 119 COOPER ST CORP |
| 366340 | 145-157 MORINGSIDE AVE HDFC MS JACKIE WILLIAMS |
| 366679 | 1084 GREENPOND REALTY, LLC MICHAEL PINTER & ELIZABETH PIN |
| 367372 | NEW CITY VIEW DEVELOPMENT CORP |
| 367391 | LAWRENCE J PAGGI P.E PC |
| 367394 | SERGIC PALAZETTI |
| 368100 | PALMERI & GAVEN |
| 368940 | PARK COMPLEX AN LTD |
| 368959 | VICTOR J PAPA |
| 368988 | MARIE PEPE |
| 369535 | NEW DIRECTIONS DEVELOPMENT AND CONSTRUCTION CORP. |
| 369833 | NORTH CAROLINA DIRECT, INC. |
| 369843 | 322 HICKS LLC C/O SECOND DEVELOPMENT SVCS |
| 369852 | MARTHA PEPIN |
| 369860 | PARMEASHAR DATT & SURSATIE DATT |
| 370351 | PLANNED PROGRAMS INC,TRANSPORT FLEET UNERWRITERS |
| 370361 | 144 DUANE STREET CORP. C/O BERMACK, CHAMPION & LEVINE |
| 370366 | PICCININI BROTHERS INC |
| 370620 | PRINCETON RISK MANAGERS INC RESERCH PARK |
| 371177 | PILGRIM MANAGEMENT DEVELOPMENT CORP. |
| 372165 | HUDSON HOLDINGS, CORP. |
| 373265 | RATE TRANSPORT CO., INC. |
| 373266 | REENEY LOGISTICS CORP. |
| 374062 | REGIONAL REPORTING, INC. ATTN: JOAN MYERS |
| 374063 | GLOBAL ADVISORS CORPORATION |
| 374068 | ST NICHOLAS NPC EDIT REES |
| 374069 | RENEE WALTZMAN ETAL IRVING WOLINETZ |
| 374120 | REENEY LOGISTICS CORP. |

| | |
|---|---|
| 374320 | ROBERT SCOTT STEDMAN |
| 374488 | DREAM TRUST C/O SECOND DEVELOPMENT SERV. |
| 374666 | SIGNATURE CAPITAL PARTNERS INC % ROSAN & ROSAN |
| 374675 | RPCP INVESTMENTS INC. |
| 374695 | MICHAEL ROCHFORD, ST NICHOLAS NEIGHBORHOOD PRES |
| 374875 | JILL ROTHMAN & THOMAS JUARONE |
| 374885 | VICTOR MORISETE-ROMERO |
| 375626 | SMART MANAGEMENT GROUP, INC. |
| 375651 | R P M LLC SPESSOS |
| 376265 | SARAH LUNA INC. |
| 376400 | RUTHERFORD LYNDON |
| 376651 | SPJ DUE LLC LITTLE FOLK ART |
| 376679 | 689 BRISTOL STREET, H.D.F.C. C/O LINNA LEWIS |
| 376780 | FRANK SACCENTE INC |
| 376863 | SAS LOGISTICS CORP. |
| 376864 | SUNAIR SERVICES CORP .NC |
| 380101 | SCHC TOTAL CARE INC TRINTON GROUP INC |
| 380700 | SCI ENGINEERING & SURVEYING PC JS BKGE ASSOCIATES INC |
| 380955 | SWISS WATCH REPAIR CENTER, INC C/O MARTIN GREENBLUM |
| 381250 | SUSAN & JOSEPH D'ONOFRIO |
| 381253 | ATA FRIGHTLINE LTD. ROOM 216, BUILDING 75 |
| 381257 | ALBERT SEGGERS |
| 381518 | 72 READE STREET CONDOMINIUM C/O ANDREWS BUILDING CORP. |
| 381520 | 73 W 130 ST HDFC MARY CAPERS |
| 381610 | W E B DUBOIS HDFC JOHN BACOT |
| 381626 | DANIEL RIVERA 7A ADMINSTRATOR |
| 381683 | ABBEY COURT CONDOMINIUMS C/O ADVANCED MANAGEMENT SERVIC |
| 382100 | SHORE PRACTICE MANAGEMENT, LLC |
| 382420 | KAJO REALTY, LLC. T/A ADJO REALTY |
| 382482 | ANN B SHUMWAY |
| 382500 | SITE FIVE HDFC ELDON BULLOCK |
| 382692 | SDS LINCOLN, LLC |
| 382693 | SDS BUILDERS, LLC |
| 382930 | SIVER BARON LTD |
| 382960 | SMART COMMERCAL DRIVING SCHOOL |
| 383010 | SIMON BOLIVAR HOUSING CO DKG INSURANCE SERICE |
| 383645 | TIM SMITH |
| 383665 | ROBERT IRIZARRY 7A BOND |
| 383675 | SOUTH BRONX COMMUNITY CORP HDFC INC, LRF MANAGEMENT CORP |
| 384171 | SPINOZA INC |
| 384301 | KNIGHTS OF COLUMBUS,S I COLUMBIA CLUB, T ROMER |
| 385275 | CLARA STEPER |
| 385658 | GAIL MAIDMAN LLC % RICHARD MAIDMAN |
| 385966 | SUFFOLK HOMES, LLC C/O MIDBORO ASSOCIATES |
| 385974 | SUGAR HILL SERVICE CORP |
| 386130 | T V T TANSPORT INC |
| 386190 | TB CHOYA OF NJ |

| | |
|---|---|
| 386200 | TARTARE INC,PICCINNI BROS INC PAUL VACCARI |
| 386210 | TRI NET ENT LLC,AGENT FOR TELIA INTL CORP,NEWTWORK TECHN |
| 386256 | MR-MRS JACK SUBEN |
| 386266 | THE DENISE MIMOUN TRUST C/O EAST COAST CAPITAL CO. LLC |
| 386268 | BRUCE TELEKY |
| 386270 | HENRY & ANN THOMAS |
| 386274 | HDFC OF 278 43 ST CARMEN CRUZ |
| 386277 | THE METROPOLITAN CLUB,INC |
| 386278 | LYDIA THOMAS |
| 386279 | THE INN AT IRVING PL |
| 386682 | TWENTY TENANTS ASSOC RAINARD RACHELE |
| 386683 | SECOND DEVELOPMENT SVCS, LLC |
| 387010 | 319 BERRIMAN STREET,TENANTS ASSOC % IRENE DAVID |
| 387020 | VINCENT SPRUILL C/O EAST COAST CAPITAL CO. LLC |
| 387032 | 226 W 113TH ST HDFC C/O FLORENA ALBANY |
| 387045 | 348 E 10 ST HDFC ROSEMARY STEWART |
| 388096 | MARK SPILLANE |
| 388257 | TELECAR GROUP LTD J2 BROKERAGE ASSOC INC |
| 388280 | 373 GRAND AVENUE, H.D.F C C/O EUDORA HOLLINGSWORTH |
| 388290 | 379 HANCOCK ST HDFC SHIRLEY KENT |
| 388367 | YISROEL A. THALER |
| 389410 | 200 PARKING CORP |
| 389421 | TOWNSHIP OF EAST HANOVER |
| 389471 | TRANSPORTATION COVERAGE SPECIALISTS, INC. |
| 389485 | TRITON GROUP INC |
| 389487 | CARMINE FIORE C/O STATE STREET BROKERAGE, IN |
| 389497 | TRUCKS ON THE RUN, INC. |
| 389545 | MR TS INC-GARRY TOKLACZ |
| 389553 | TRUCKS ON THE RUN INC |
| 389565 | ALLEN & THERESA TYSON |
| 389618 | 371 EDGECOME AVE HDFC JUNE SARTOR |
| 390070 | 1299-1303 DEAN ST HDFC MILDRED MCCLENDON |
| 391090 | ALEXANDER WEISZ & YISROEL A. THALER |
| 391200 | DORIS RUBENSTEIN |
| 391230 | 211 ST JAMES PLACE, H.D.F.C. C/O CLARENCE BURTON |
| 391239 | 246 CORNELIA ST DEVELOPMENT CORP |
| 391240 | 2676 DECATUR AVE HDFC ANA CORREA GONZALES |
| 391251 | 237 E 121 ST HDFC C-O BRIGITTE ONEILL |
| 391253 | 270 DYCKMAN STREET PARKING CORP |
| 391330 | 1052 PROSPECT AVE HDFC C/O 14K MANAGEMENT |
| 391360 | KRISTINA HOSCH |
| 391379 | SHA SHA WHEAT C/O EAST COAST CAPITAL CO. LLC |
| 391396 | 318 WEST 108TH STREET LLC % KEN GORFINKLE |
| 391400 | 2146 CORTELYOU RD HDFC GLENDA EDWARS |
| 391466 | 3175-77 VILLA AVE HDFC GERRI GODDARD |
| 391780 | U-RVS ASSOCIATES INC |
| 393000 | UNITED NEGRO COLLEGE FUND INC |

| | |
|---|---|
| 393160 | UNIVERAL BAPTIST CHURCH |
| 393165 | URI ROME & JAMES ADRIAN KRAUSE |
| 393170 | V&J, INC. |
| 393175 | PAUL VACCARI |
| 393178 | VALERIE LOGISTICS, INC. |
| 393290 | RICHARD VELASQUEZ |
| 394101 | VOLKSWAGEN OF AMERICA |
| 394104 | WAGNER COLLEGE |
| 396019 | SYLVIA WEITZ |
| 396044 | WESTBURY TRANSPORT INC |
| 396046 | WEST 52ND STREET APT. CORP. C/O MICHAEL SEKUS |
| 396460 | MICHAEL ZACHARIAS |
| 396688 | JOHN P WESLEY |
| 397500 | SAGA USA INC |
| 397545 | WORTH ASSOCIATES |
| 397625 | SWISS WATCH REPAIR SERVICES C/O MARTIN GREENBAUM |
| 398263 | YOT TOY PROD INC J2 BRKRGE ASSOCS INC |
| 398485 | JAMES ZAPPI PE |
| 399101 | ZEYASKARA |

| Invoice Gross |
|---|
| 1930.00 |
| 17453.00 |
| 0.00 |
| 6159.00 |
| 275207.59 |
| 80000.00 |
| 791.00 |
| 3272.38 |
| 7212.00 |
| 1411.00 |
| 0.00 |
| 1500.00 |
| 6397.00 |
| 12376.00 |
| 10963.00 |
| 8185.00 |
| 3492.00 |
| 11900.00 |
| 1552.00 |
| 375.00 |
| 4670.00 |
| 9947.00 |
| 1981.00 |
| 45304.00 |
| 6344.00 |
| 15656.00 |
| 5318.00 |
| 2802.00 |
| 2766.00 |
| 612.00 |
| 3187.00 |
| 0.00 |
| 3815.00 |
| 0.00 |
| 0.00 |
| 0.00 |
| 0.00 |
| 0.00 |
| 10840.00 |
| 4451.00 |
| 4104.00 |
| 19733.00 |
| 8329.09 |
| 104610.75 |
| 0.00 |
| -22923.52 |

```
        0.00
        0.00
        0.00
      350.00
        0.00
     2887.68
     3122.00
     2497.25
    68308.00
     2791.00
        0.00
     3529.00
        0.00
        0.00
    14863.00
   417378.00
     6362.00
    11965.00
   263714.54
    -3665.00
        0.00
    -7731.89
    49279.00
      887.00
   237827.00
        0.00
     1558.00
     3067.11
        0.00
        0.00
    89997.00
    28357.00
     7478.39
      570.00
   174034.73
     3716 00
        0.00
     -894.20
        0.00
        0.00
    13444.00
    21648.94
        0.00
        0.00
        0.00
        0.00
   299553.43
```

```
      7000.00
         0.00
         0.00
   2675660.43
   2660770.00
   2101236.35
         0.00
         0.00
         0.00
      1371.00
      2022.00
         0.00
      9917.00
    157942.94
         0.00
         0.00
     13366.00
       800.00
       150.00
         0.00
    201273.39
         0.00
      7585.00
         0.00
    115598.00
    134944.78
   2889668.71
         0.00
         0.00
         0.00
      8730.00
       750.00
     20130.00
       270.00
    116374.10
    642686.84
         0.00
       550.00
     14343.00
    993010.49
     39580.17
     14345.00
    199212.80
     90961.00
         0.00
     -1392.00
     43240.00
```

```
      2521.00
         0.00
         0.00
       119.00
         0.00
      2427.00
       -75.00
       806.00
         0.00
     -5216.00
       540.00
     75909.00
     14520.00
     19252.00
      9981.00
     69815.93
         0.00
      1073.00
      1913.00
     39939.00
      5970.32
         0.00
         0.00
      2801.00
         0.00
     24000.00
         0.00
     16086.10
     20685.00
         0.00
         0.00
      2256.00
         0.00
     23608.96
    118204.10
     47692.00
   3232054.09
     15528.00
         0.00
         0.00
         0.00
         0.00
         0.00
     -2678.00
         0.00
      8672.00
      3800.00
```

```
      29719.69
      71004.16
       2088.10
      12384.29
          0.00
      13890.00
       -561.00
          0.00
     881083.50
      22723.00
       1166.25
       -925.00
     134601.00
      -1408.00
       -300.00
          0.00
          0.00
      23122.60
          0.00
          0.00
          0.00
          0.00
          0.00
       2075.00
       6861.00
        300.00
     -26468.00
          0.00
          0.00
      44603.00
          0.00
     173763.60
        861.44
    2770548.46
       3313.25
      63020.88
      35875.00
      55063.80
       2506.00
        500.00
      22030.00
    1547472.94
       9124.00
       2550.00
       1906.00
          0.00
        545.24
```

```
     29179.00
      6438.00
     25708.00
     10802.00
         0.00
         0.00
         0.00
         0.00
     11957.00
         0.00
      1193.00
         0.00
     17950.00
      1098.00
      7414.00
       755.00
       375.00
       702.00
     -3804.07
     90378.00
         0.00
         0.00
       535.00
      9448.00
         0.00
         0.00
         0.00
   1444187.46
      4980.50
         0.00
         0.00
       543.00
         0.00
     19225.74
       737.60
         0.00
    109866.50
      7600.00
     13182.00
        10.00
         0.00
    669522.31
         0.00
      4485.00
     23463.00
      9982.00
     13701.96
```

```
243053.00
  -1660.00
   6095.00
  97633.00
  53820.96
   -576.00
   2300.00
2993723.00
      0.00
  10827.00
      0.00
  -1173.01
      0.00
      0.00
 205778.75
      0.00
  -3305.00
2432762.70
  11190.00
      0.00
  38613.00
      0.00
   3993.00
      0.00
  -3464.00
  17986.00
   9800.00
      0.00
   -537.00
    726.00
  42333.00
      0.00
      0.00
   1458.00
      0.00
   6500.00
 371856.96
   -875.00
    500.00
      0.00
 361182.12
      0.00
1743156.79
      0.00
      0.00
   7298.00
 209810.68
```

```
      603.00
     6753.00
    40241.00
   277206.00
        0.00
     4312 00
      670.00
    22750.00
        0.00
     1411.00
        0.00
        0.00
     6518.00
        0.00
     7060.00
   229632.50
   237500.00
        0.00
     7120.36
     2843.00
     5641.00
        0.00
     5216.69
    -2854.50
    11786.43
      270.00
    17127.00
      993.08
    31915.00
        0.00
     2549.80
        0.00
   204454.00
        0.00
      200.00
        0.00
        0.00
        0.00
        0.00
    -2382.50
    28982.20
        0 00
     1739.00
     3290.00
     6049.00
        0.00
        0.00
```

```
     12234.00
         0.00
     17362.03
      2720.00
         0.00
         0.00
         0.00
     74725.40
         0.00
    280958.00
         0.00
    150508.48
         0.00
       479.10
     21938.00
         0.00
       982 00
         0.00
      1772.40
         0.00
       375.00
         0.00
         0.00
     18166.00
       -366.00
       200 00
   1102248.21
         0.00
    136227.35
         0.00
     11238.00
     55135.00
       375.00
       710.00
     21694.00
         0.00
     31446.00
         0.00
         0.00
       381.70
         0.00
       117.00
      8187.00
      3443.00
    118224.00
         0.00
         0.00
```

```
        1688.00
        1688.00
      -23592.08
           0.00
      385824.02
           0.00
      307432.82
      143675.00
           0.00
           0.00
       59024.00
        4890.00
           0.00
           0.00
           0.00
           0.00
           0.00
           0.00
        1000.00
```

| Client No. | Client Name |
|---|---|
| 300102 | HOLY APOSTLES COMMUNITY CHORUS |
| 300103 | KENNETH B. & SUSANNE DEAN |
| 300104 | CHRISTINE OMS |
| 300105 | 33072 OWNERS CORP. C/O GERARD J. PICASO INC. |
| 300106 | DEVCON (TCI) LTD |
| 300107 | EQUITY MEDIA HOLDINGS |
| 300108 | VITTORIA DAL VERA C/O MAISON INTERNATIONAL, LLC |
| 300109 | HAO T HOANG |
| 300111 | DEPARTMENT STORE LIQUIDATORS |
| 300112 | LUIS LIMA |
| 300115 | ELISE PETTUS & DAN ALGRANT |
| 300116 | FIRUZ KITCHEN INC. |
| 300117 | 5621 5TH AVENUE, LLC C/O LISA MOCK |
| 300118 | MITCHEL MARKS, MANAGING MEMBER THE BROOKLYN WATERFRONT GROUP |
| 300119 | SDS GREAT JONES, LLC C/O SECOND DEVELOPMENT SERVICE |
| 300120 | STEVEN LOCKE & LAURA EDIDIN |
| 300121 | QUINCY SENIOR RESIDENCES LP C/O LOIS MANNING |
| 300122 | RACHAEL FOSTER C/O SECOND DEVELOPMENT SERVICE |
| 300123 | BARRY ORECK AND JESSICA NICOLI |
| 300124 | STANLEY CHINITZ 446 EAST 86TH STREET |
| 300125 | GHENT, LLC |
| 300126 | WILLIAM J. & KATHI HEATER |
| 300127 | JULYET ALTAN & RUPEN ALTAN |
| 300128 | KRAFTSOW FAMILY PARTNERSHIP C/O CRAFTMATIC |
| 300129 | SELIG & ANGELA SACKS |
| 300130 | LEADERSHIP ACADEMY OF EDUCATIO |
| 300131 | UTA-USA LLC |
| 300132 | CARL & LORRAINE MANCO |
| 300133 | EVERTECH USA CORP. |
| 300134 | RICHARD & SUSAN ROBBINS |
| 300135 | CARMINE CINCOTTA |
| 300136 | MOHAMMED MIZANI |
| 300201 | SARAH S BURNES SEBASTIAN F.S. HEATH |
| 300240 | ANGELO ABBATE |
| 300380 | FRANK J ANELANTE JR LEMLE-WOLF INC |
| 300382 | J P ADDABBO HEALTH CTR |
| 300455 | BROWNSTONE INS AGCY INC |
| 300558 | ALICE ROI INC |
| 300565 | AMERICAN GUILD OF VARIETY ARTIST ATTN:FELIX (CONTROLLER) |
| 300566 | HARRY BALKISHUN C/O EAST COAST CAPITAL CO. LLC |
| 300640 | ALLIANCE MEETING PLANNERS PAUL MARINELLI |
| 300687 | ALPINE DELI-PORK STORE INC |
| 300780 | AMERICAN ACQUISITIONS LLC |
| 300827 | C.C. CONTROLLED INSTALLATION CO. INC |
| 300844 | ANDREW DUELL ETAL,INDUSTRIAL RISK,SPECIALISTS INC |
| 300860 | CONTINENTAL COURIER CORP |