Sullivan, J

**FOX ROTHSCHILD LLP**
Formed in the Commonwealth of Pennsylvania
Donia Sawwan, Esq. (DS/9338)
100 Park Avenue, Suite 1500
New York, NY 10017
Telephone: (212) 878-7900
Facsimile: (212) 692-0940
dsawwan@foxrothschild.com

Attorneys for Defendants
Eugene J. Callaghan, John Gloistein,
and E & J Agency, Inc.



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

BROWNSTONE AGENCY, INC. and
MURPHY & JORDAN,

        Plaintiff,

vs.

EUGENE J. CALLAGHAN, JOHN
GLOISTEIN, E & J AGENCY, INC.

        Defendants.

Civil Action No. 1:08-cv-542

**STIPULATION FOR AN ORDER OF DISMISSAL WITH PREJUDICE**

      The undersigned counsel for the parties hereby stipulate that the Complaint herein shall be dismissed with prejudice with each party to bear its own costs and attorneys' fees.

For the Plaintiffs:

_/s/ William J. Pisarello_
Timothy J. Denny, III, Esq. William J. Pisarello
Rebore, Thorpe & Pisarello, P.C.
500 Bi-County Blvd., Suite 214 N,
Farmingdale, New York 11735
(631) 249-6600

Dated: 2/8, 2008

For the Defendants:

_/s/ Donia Sawwan_
Donia Sawwan, Esq. (DS-9338)
Fox Rothschild LLP
100 Park Avenue, Suite 1500
New York, New York 10017
(212) 878-7900

Dated: 2/8, 2008

NY1 104059v1 02/07/08

SO ORDERED
Dated: 2/13/08

_/s/ Richard J. Sullivan_
RICHARD J. SULLIVAN
U.S.D.J.